In the Matter of the NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* PUBLIC SERVICE COMMISSION et al., Respondents.

(Submitted November 18, 1929; decided December 3, 1929.)

*Frederick L. Wheeler, Leo Manville* and *Alexander S. Lyman* for appellant.

*Sherman C. Ward* and *Charles G. Blakeslee* for Public Service Commission, respondent.

*Hamilton Ward, Attorney-General (Thomas Penney, Jr., and Albert J. Danaher* of counsel), for Department of Public Works, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CARDOZO, Ch. J.